JERSEY CITY MERCHANTS COUNCIL, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PHILIP B. ROBINSON, DEFENDANT-PETITIONER.

See same case below: 71 *N. J. Super*. 156.

*Messrs. Krieger & Chodash* for the petitioner.

*Messrs. Wolf & Baumann* for the respondents.

March 26, 1962.

E. STANLEY BARRIE, PLAINTIFF-RESPONDENT, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, DEFENDANT-PETITIONER.

See same case below: 71 *N. J. Super*. 587.

*Messrs. Milton & Keane,* and *Mr. Prospero DeBona* for the petitioner.

*Mr. Stanley W. Greenfield* for the respondent.